FILED
2010 Jan-19 PM 01:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH C PATTON, IV,** | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| v. | ] CV-09-BE-2615-S |
| | ] |
| **EMC MORTGAGE CORPORATION,** | ] |
| et. al., | ] |
| | ] |
| Defendants. | ] |

**MEMORANDUM OPINION**

This case comes before the court on the Defendants' motions to dismiss Plaintiff's complaint. (Doc. 1, Exh. B & Doc. 3). The court has reviewed the filings and applicable law. Because the Plaintiff's complaint does not meet the requirements of Federal Rule of Civil Procedure 8(a), the court will grant the Defendants' motions.

Plaintiff's complaint fails to show that he is entitled to relief as required by Federal Rule of Procedure 8(a). "To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009) (quoting *Twombly*, 550 U.S. at 570). While the court must accept the complaint's factual allegations as true when ruling on a motion to dismiss, the court is " not bound to accept as true a legal conclusion couched as a factual allegation." *Papasan v. Allain*, 478 U.S. 265, 286 (1986). In the instant case, Plaintiff's complaint does not plead facts showing he is entitled to relief; rather, he asserts legal conclusions that the court need not accept as true. Because Plaintiff's complaint does not sufficiently allege *facts* showing that he is entitled to

relief, the court will GRANT the Defendants' motions. However, Plaintiff may file an amended complaint that complies with Federal Rule of Civil Procedure 8 on or before February 19, 2010.

DONE and ORDERED this 19th day of January, 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE